IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL RAY HESSLER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 10-CV-00051-C |

**ORDER OF REMAND UNDER SENTENCE FOUR**
**OF 42 U.S.C. § 405(g)**

  Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S. Ct. 2625, 2629 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98, 111 S. Ct. 2157, 2163 (1991).

  Upon remand, an Administrative Law Judge will offer Plaintiff the opportunity for a hearing and receive additional medical evidence. If appropriate, the ALJ will also receive evidence from vocational expert as to the existence of jobs that Plaintiff could perform given her limitations, age, education and work experience. The ALJ will then issue a new decision.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 7th day of July, 2010.

WILLIAM M. CONLEY
U. S. District Judge