IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL RAY HESSLER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-51-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered under sentence four of 42 U.S.C. §405(g) reversing the Commissioner's decision and remanding the case for further proceedings.

_____      _____7/8/10_____
Peter Oppeneer, Clerk of Court                                                 Date