IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL RAY HESSLER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-51-wmc

This action came for consideration before the court with District Judge William Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff $5,100.00 for attorney fees and expenses under 28 U.S.C. § 2412(d).

_____
Peter Oppeneer, Clerk of Court

10/7/10
Date